

TARTER KRINSKY & DROGIN LLP
ATTORNEYS AT LAW

July 14, 2014

**_By ECF_**

Honorable Katherine B. Forrest
United States District Judge for
the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Robert L. Geltzer, as Chapter 7 Bankruptcy Trustee of Kenneth Ira Starr, et al., Appellant vs. Christopher Edward Barish, Appellee; 14-cv-00778 (KBF) – Bankruptcy Appeal</u>

Dear Judge Forrest:

      Our firm is Substitute Special Litigation Counsel to Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee") of Kenneth Ira Starr, et al. (the "Debtors"), the Appellant in the above-referenced bankruptcy appeal from an order of the Bankruptcy Court which dismissed the Trustee's claims against Appellee Christopher Barish in an adversary proceeding in the Debtors' bankruptcy cases.

      We are writing to Your Honor as a follow-up to our letter to Your Honor dated June 27, 2014. As we informed Your Honor in the latter letter, on June 25, 2014 United State Bankruptcy Judge Gropper entered an Order approving the settlement reached between the Appellant Trustee and the Appellee Barish in the underlying adversary proceeding, as memorialized in a Stipulation of Settlement between the parties.

      Under the terms of that Stipulation, within five (5) days of Judge Gropper's Order becoming final, i.e., by today, July 14, 2014, the Trustee is obligated to file a withdrawal of the Trustee's appeal pending before Your Honor. As no appeal was taken from that Order, the Order has become final, and the parties have executed the

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212. 216. 8000
FAX: 212. 216. 8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609. 683. 9494
FAX: 609. 683. 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

{Client/007357/BANK828/00802891.DOC;1 }

Honorable Katherine B. Forrest
July 14, 2014
Page 2 of 2

attached Stipulation and Order of Withdrawal of Appellant-Trustee's Appeal With Prejudice. At this time, we respectfully request that Your Honor so order the latter document, thereby terminating the appeal.

As always, we thank Your Honor for your time and consideration regarding this request.

                                Respectfully submitted,

                                /s/ Robert A. Wolf
                                Robert A. Wolf

RAW/cr

cc:    Scott Baena, Esq. (by email: sbaena@bilzin.com)
        Jeffrey Snyder, Esq. (by email: jsnyder@bilzin.com)